IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

KWYNTEN D. GAGE,  )  Case No. 24-03533-TOM-13
 )
      Debtor.  )

**NOTICE AND ORDER
APPROVING EMPLOYMENT OF
SPECIAL COUNSEL FOR DEBTOR**

Notice is hereby given that on June 6, 2025, the Debtor, filed an Application to Employ **Robert C. Keller; Russo, White & Keller, P.C., as Special Counsel for the Debtor**. It appears to the Court that the Application and Verified Statement of the Attorney to be employed meet the requirements of the Bankruptcy Code and Rules for such employment, and that it is in the best interest of the bankruptcy estate that such employment be approved subject to an opportunity for objections; now therefore,

It is **ORDERED, ADJUDGED, AND DECREED** that Robert C. Keller; Russo, White & Keller, P.C. shall be and hereby is **APPROVED** as Special Counsel for the Debtor unless an objection to the employment is filed with the Clerk of Court within 21 days of the date of entry of this Notice and Order. If a written objection is filed a hearing will be scheduled to consider both the application and the objection.

Applicant has requested compensation based upon a contingency and expenses, based on recovery and services performed. The amount or percentage of the fee requested is not approved nor disapproved at this time but will be considered when Applicant properly files an Application for Compensation.

It is further **ORDERED** that if no objection is filed, the fees and expenses under Section 330(a) and Section 331 of the Bankruptcy Code may be paid to said professional only as approved by this Court on application after notice and hearing pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure.

This Order approves only the employment of the Applicant. any other or additional attorneys or law firms that expect to receive any compensation or funds (including but not limited to a "referral fee") must seek and obtain approval of their employment and subsequent approval of any compensation or payment.

Dated: June 6, 2025

                                                         /s/ Tamara O. Mitchell
                                                         TAMARA O. MITCHELL
                                                         United States Bankruptcy Judge

TOM/af

xc:    Debtor
         Robert C. Keller; Russo, White & Keller, PC, Attorney for Debtor
         Robert C. Keller, Special Counsel for Debtor
         Bradford W. Caraway, Chapter 13 Trustee
         Bankruptcy Administrator